# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00153-CV

**Gracelyn Faith Drake, Appellant**

**v.**

**Austin Surgical Hospital; Frosty D. R. Moore, M.D.; and Everett Brew Houston, M.D., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GN-07-002706, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gracelyn Faith Drake has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id*.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: May 28, 2008